NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RAUL DELAROSA,                           )
                                         )
                Appellant,               )
                                         )
v.                                       )        Case No. 2D18-5071
                                         )
STATE OF FLORIDA,                        )
                                         )
                Appellee.                )
_____ )

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Stephen M. Walker,
Judge.

Raul Delarosa, pro se.


PER CURIAM.

        Affirmed.  See §§ 775.082(1), 794.011(2)(a), 921.002, Fla. Stat. (2001);

Adaway v. State, 902 So. 2d 746 (Fla. 2005); Rusaw v. State, 451 So. 2d 469 (Fla.

1984); Gibson v. State, 721 So. 2d 363 (Fla. 2d DCA 1998); Banaszak v. State, 579 So.

2d 867 (Fla. 2d DCA 1991).


MORRIS, SLEET, and ATKINSON, JJ., Concur.